IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CYNTHIA REED | § | |
| VS. | § | NO. **2:01-CV-2459** |
| ISLE OF CAPRI CORPORATION,<br>ST. CHARLES GAMING COMPANY, INC.<br>AND GRAND PALAIS RIVERBOAT, INC.<br>d/b/a ISLE OF CAPRI OF<br>LAKE CHARLES, LOUISIANA | §<br><br><br><br>§ | Judge Minaldi<br><br><br><br>Magistrate Judge Wilson |

**PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS AND NOTICE OF OBJECTION TO DEFENDANT'S STATEMENT OF UNCONTESTED FACTS**

The defendant filed a "Statement of Uncontested Facts" including Number 5 thereof which claims that "plaintiff, Cynthia Reed, was involved in a one vehicle accident on February 28, 2000". Plaintiffs are unable to stipulate that the accident occurred on February 28, 2000. The known facts are that the one vehicle accident was discovered sometime after midnight on February 28, 2000 and reported to the police. It is not known how long the vehicle was in the ditch on the side of the road prior to being found. The collision may have occurred on February 27, 2000.

In addition to revising Number 5, and the other grounds stated in the defendant's "Statement of Uncontested Facts" Number 1-4 and 6, plaintiffs would propose to add:

7) The security department eviction/arrest report completed by Isle of Capri Security Chief, Jacqueline Henry, gave as brief details of eviction/arrest: "on above date and time, above patron was escorted to security office from Grand Palais for creating a public disturbance and using abusive language. Patron was intoxicated. CPSO was notified. Patron was permanently evicted. Eviction acknowledgment was signed." (See attached copy of Security Department Eviction/Arrest Report).

Respectfully Submitted,
LAW OFFICES OF OLIVER "JACKSON"
SCHRUMPF AND CHARLES SCHRUMPF
A PROFESSIONAL LAW CORPORATION

BY: _____
OLIVER "JACKSON" SCHRUMPF
LA Bar Roll # 11832
3801 Maplewood Drive
Sulphur, LA 70663
(337) 625-9077 phone
(337) 625-8231 facsimile
Attorney for Cynthia Reed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon the following by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last known address.

Anne Derbes Keller and Evan Caffery
Attorneys for defendant, ISLE OF CAPRI
CORPORATION (a Mississippi Corporation)
d/b/a ISLE OF CAPRI CASINO OF
LAKE CHARLES, LOUISIANA

By depositing a copy in the U.S. Mail, properly addressed
To Anne Derbes Keller and Brian D. Wallace
Phelps Dunbar, L.L.P.
365 Canal St., Suite 2000
New Orleans, La. 70130-6534

Clay Dugas, co-counsel for Plaintiff
805 Park
Beaumont TX 77701

Thus done at Sulphur, Louisiana this 5th day of November, 2003.

_____
OLIVER "JACKSON" SCHRUMPF

Case 2:01-cv-02459-PM-APW   Document 52   Filed 01/06/04   Page 3 of 5 PageID #: 352

D3*KISH AND CO        Apr-20-01 10:42am    from 5048281691>        page 3
Received Mar-29-01 04:39pm    from 337 430 0451 → KISH AND        page 2
03/29/2001 17:58 FAX 337 430 ...        HUMAN RESOURCES        KISH AND CO    @002
2001 02/28 WED 11:04  FAX 33%  10+2464 SECURITY-IOC-LC +++ HUMAN R...  IRCE   @001/004



# SECURITY DEPARTMENT
# EVICTION/ARREST REPORT

[Y] EVICTION
[ ] ARREST

PLEASE PRINT

| CASE NUMBER | LOCATION | TELEPHONE | PD CASE NUMBER | DATE | TIME |
|---|---|---|---|---|---|
| | Security Office | 430.2460 | 00-02-5789 | 2.27 | 2050 |

| NAME LAST | FIRST | MIDDLE | | TELEPHONE | | ALIAS/NICKNAME |
|---|---|---|---|---|---|---|
| Reed | Cynthia | Rachael | | 409.982.9064 | | |

| FULL ADDRESS | | | | SOCIAL SECURITY NUMBER | PLACE OF BIRTH |
|---|---|---|---|---|---|
| 3353 Ridgemont Dr. #102 Ste. Orange Texas 77630 | | | | 557.08.4900 | Cindy |

| DOB | AGE | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION |
|---|---|---|---|---|---|---|---|---|
| 1.28.55 | 45 | F | Caucasian | 5'7" | 110 | Bld | Grn | |

| OTHER DESCRIPTIVE INFORMATION | DRIVER'S LICENSE NUMBER |
|---|---|
| | TX 1641587 |

"I REPRESENT THE LANDLORD OF THE PREMISES OF THIS PROPERTY. YOUR CONDUCT HAS EXCEEDED THE BOUNDS OF PROPER BEHAVIOR FOR A PERSON, INVITED OR PRIVILEGED TO REMAIN ON THE PREMISES. THEREFORE, YOU ARE BEING FORMALLY EJECTED. IF YOU REFUSE TO LEAVE, OR RETURN AFTER HAVING BEEN EJECTED YOU WILL BE ARRESTED FOR TRESPASSING."

Ioc, Lake Charles          Ioc, Inc
(REPRESENTING LANDLORD)    (PARENTS NAME)

Donatella Hd  #1495
(AUTHORIZING SUPERVISOR)

PHOTOGRAPH TAKEN [✓] YES [ ] NO

TYPE OF INCIDENT: Public Disturbance / Abusive Language
BRIEF DETAILS OF EVICTION/ARREST:

On above date and time, above patron was escorted to Security Office from Grand Palais for creating a Public Disturbance and using Abusive Language. Patron was intoxicated. CPSO was notified. Patron was Permanently evicted. Verbal Acknowledgement was Supplied.

PHOTOGRAPH

| COMPLAINANT'S NAME & ADDRESS | | | TELEPHONE |
|---|---|---|---|
| Ioc 100 Westlake Ave Westlake La 70669 | | | 430.2460 |

| CRIME DATE | TIME | LOCATION OF CRIME | SURVEILLANCE NOTIFIED Y[✓]N[ ] |
|---|---|---|---|
| 2.27.00 | 2050 | Grand Palais | SURVEILLANCE TAPE AVAILABLE Y[ ]N[ ] |

| SIGNATURE | | COMPLETED | DATE OF REPORT | REVIEWED |
|---|---|---|---|---|
| Jacqueline Henry 18691 | | | | |

Jacqueline
EXHIBIT
Henry #1

Jacqueline
Henry #1

0850070                                                    D 0004

by:KISH AND CO        Apr-20-01 10:43am    from 50482816919           Page 4
:eived  Mar-29-01 04:39pm      from  337 430 0451 → KISH AND          page 3
03/29/2001 17:55 FAX 337 430 _1        HUMAN RESOURCES    ..SH AND CO  @003
2001 03/28 WED 11:05  FAX 33__30+2464 SECURITY-IOC-LC →→→ HUMAN R__URCE  @002/004

# EVICTION ACKNOWLEDGMENT

I acknowledge that I have been permanently evicted from the Isle of Capri Casino Lake Charles property. I fully understand that if I return to the Isle of Capri Casino Lake Charles that I will be arrested for trespassing.

_2/25/22_         _[signature]_
Date              Signature

_2-27-01_         _Jacqueline ___ 18691_
Date              Supervisor's Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PATRON REFUSED TO SIGN ACKNOWLEDGMENT

_____          _____
Date                      Supervisor's Signature

_____          _____
Date                      Witness' Signature

_____
Incident Case #

D 0005

# Schrumpf & Schrumpf

A Professional Law Corporation
3801 Maplewood Drive
Sulphur, Louisiana 70663

Oliver "Jackson" Schrumpf*
Charles Schrumpf

*Licensed in LA and TEXAS

(337) 625-9077
Fax: 625-8231
(800) 491-9077

RECEIVED IN LAKE CHARLES, LA
JAN 06 2004
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

November 5, 2003

Honorable Patricia Minaldi
Federal Judge
611 Broad Street
Lake Charles LA 70601

Re: Cynthia Reed
Vs. No. 2:01-CV-2459
Isle of Capri Corporation, et al
Western District – Lake Charles Division

Dear Judge Minaldi:

Please find enclosed the original and one copy of the "Plaintiff's Opposition to Motion for Summary Judgment Filed by Defendant, Isle of Capri, etc." and "Plaintiff's Statement of Uncontested Facts and Notice of Objection to Defendant's Statement of Uncontested Facts" regarding the above referenced matter.

Sincerely,

Jinnifer LeBlanc
Paralegal to Oliver "Jackson" Schrumpf

OJS/jl

Enc.

cc: Cindy Reed w/out attachments
    Clay Dugas w/out attachments
    Anne D. Keller